FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

OCT 19 2007

Civil Action No. 07 - CV - 0 2 2 1 6 ᴮᴺᴮ GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

JAMES H. HARRELL,

　　　Plaintiff,

v.

DEPUTY THOMSON, Arapahoe County Sheriff,
DEPUTY WHISKERS, Arapahoe County Sheriff,
DEPUTY SPCIN, Arapahoe County Sheriff

　　　Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ＿＿ is not submitted
(2) ＿＿ is missing affidavit
(3) ＿＿ is missing certified copy of prisoner's trust fund statement for the 6-month
　　　　period immediately preceding this filing
(4) ＿＿ is missing required financial information

(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other:_____.

**Complaint, Petition or Application**:
(10)  ___  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  _X_  is missing an original signature by the prisoner
(13)  _X_  is missing page nos. 1, 5-8
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court. Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  _X_  other: no address provided for the defendants.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.

The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _18th_ day of _October_____, 2007.

BY THE COURT:

_Boyd N. Boland_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    07 - CV - 02216-BNB

James H. Harrell
Reg. No. 06-0364
PO Box 4918
Centennial, CO 80155

I hereby certify that I have mailed a copy of the **ORDER and and two copies of Prisoner Complaint** to the above-named individuals on 10/19/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk