IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02216-BNB

JAMES H. HARRELL,
    Plaintiff,

v.

DEPUTY THOMSON, Arapahoe County Sheriff,
DEPUTY WHISKERS, Arapahoe County Sheriff, and
DEPUTY SPAIN, Arapahoe County Sheriff,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff James H. Harrell initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on October 19, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Harrell to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Harrell to file an amended complaint because the complaint he filed was not signed, was missing pages, and did not include addresses for the Defendants. Mr. Harrell was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Harrell has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 19 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* is denied as moot.

DATED at Denver, Colorado, this 11 day of Dec. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02216-BNB

James H. Harrell
Prisoner No. 06-0364
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/13/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk